UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 12-8660 JGB (FFMx)** | Date | June 11, 2013 |
|---|---|---|---|
| Title | *Kiran Meettook v. Ebene Cyvercity Hotel Ltd., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order to Show Cause Re: Dismissal for Lack of Prosecution (IN CHAMBERS)**

   Plaintiff Kiran Meettook, in pro per, filed a Complaint against eleven Defendants on October 9, 2012. ("Compl.," Doc. No. 1.) On January 4, 2013, the Court (Walter, J.) issued an order to cause why the action should not be dismissed for lack of prosecution and ordered Plaintiff to file proofs of service of the summons and complaint. (Doc. No. 6.) The Court noted that failure to properly respond would result in dismissal of the action. (Id.)

   On January 7, 2013, Plaintiff filed a document entitled "Certificate of Service." ("Certificate," Doc. No. 7.) For multiple reasons, this document fails to satisfy the Court's prior order as it is not a proper proof of service. The Certificate fails to state that the summons was served on Defendants as required by Federal Rule of Civil Procedure 4(c)(1). Fed. R. Civ. P. 4(c)(1). In addition, service on corporations, partnerships, or associations, such as Defendants, must be accomplished via personal service on a person authorized to accept service, not via registered mail or email. See Fed. R. Civ. P. 4(h)(1)(B). Moreover, service must be completed by a person who is over eighteen years of age and not a party to the suit. Fed. R. Civ. P. 4(c)(2). Proofs of service filed with the Court must include a affidavit by a proper server containing sufficient facts to confirm that valid service has been accomplished. See Fed. R. Civ. P. 4(l).

   For the reasons described above, Plaintiff's "Certificate of Service" failed to satisfy the Court's prior order to show cause. Moreover, pursuant to Federal Rule of Civil Procedure 4(m), the summons and complaint must be served within 120 days after the complaint is filed. Fed. R.

Civ. P. 4(m). Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than **June 27, 2013**, why this action should not be dismissed for lack of prosecution. Failure to respond to this Order may result in the dismissal of this action.

    **IT IS SO ORDERED.**