# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN MEETTOOK,<br><br>            Plaintiff,<br><br>    v.<br><br>EBENE CYBERCITY HOTEL LTD., SKC SURAT AND CO. LTD., BHUNJUN GROUP, INDUSTRIAL ZONE LA TOUR KOENIG, POINTE AUX SABLE MAURITIUS, TN GAYA LTD., SOODARSUN LTD., AME HOLDINGS LTD., CROWN PROPERTIES LTD., ALASKA INVESTMENT, and BETONIX LTD.,<br><br>            Defendants. | Case No. CV 12-8660 JGB (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk is directed to close the case.

Dated: August 6, 2015

                                    THE HONORABLE JESUS G. BERNAL
                                    United States District Judge